**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER BALTAZAR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BGIS GLOBAL INTEGRATED SOLUTIONS US LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:25-cv-00501-TLN-SCR<br><br>**ORDER CONTINUING DISCOVERY AND ALL OTHER DATES PENDING COURT'S RULING ON PLAINTIFF'S MOTION TO REMAND** |

1

Having considered the Parties' stipulation, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the Initial Pretrial Scheduling Order (Dkt. 3) in part, and setting forth the below new schedule of discovery and pretrial dates:

| Event | Court Order |
|---|---|
| Last Day to Complete Discovery | **November 12, 2026** |
| Last Day to File List of Designated Expert Witnesses | **January 13, 2027** |
| Last Day to File Supplemental List of Designated Experts | **February 16, 2027** |
| Last Day to File Supplemental Discovery | **April 13, 2027** |
| Last Day to File Dispositive Motions | **May 11, 2027** |
| Last Day to file Joint Notice of Trial Readiness | **June 10, 2027** |

**IT IS SO ORDERED.**

Dated: January 14, 2026

_____

Troy L. Nunley
Chief United States District Judge

2